# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER RONNAU, et al.,<br><br>　　　　Defendants. | NO. ED CV 11-0263 DDP (FMO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Since no Objections have been filed to the Amended Report and Recommendation, the Court has reviewed plaintiff's Objections to the initial Report and Recommendation, some of which are also applicable to the Amended Report and Recommendation. Having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment on the parties.

DATED: __March 21_, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE