# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT EDWARD BAKER, | ) | NO. ED CV 11-0263 DDP (FMO) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CHRISTOPHER RONNAU, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _March 21_, 2012.

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE